IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:15-cv-00428-RPM

TARA LARSON,

    Plaintiff,

v.

POPCHIPS, INC.,

    Defendant.

_____

**ORDER ON JOINT MOTION TO EXTEND DISCOVERY CUT-OFF
AND DISPOSITIVE MOTION DEADLINES**
_____

Upon review of the Joint Motion to Extend Discovery Cut-Off and Dispositive Motion Deadlines [Doc. 12], it is

ORDERED that the discovery and deposition cut-off deadline, currently set for December 15, 2015, shall be extended 45 days to January 29, 2016. The dispositive motion deadline, currently set for January 29, 2016, shall be extended 30 days, until February 29, 2016.

DATED: November 2, 2015

                BY THE COURT:

                s/Richard P. Matsch

                _____
                HONORABLE RICHARD P. MATSCH
                Senior District Judge