IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00428-RPM

TARA LARSON,

    Plaintiff,

v.

POPCHIPS, INC.,

    Defendant.
_____

## ORDER OF DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [Doc. 14], it is

ORDERED that this action is dismissed with prejudice

Dated: February 10th, 2016

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge